No. 4,367.—STATE EX REL. W. F. DUNN ET AL., RELATORS, v. DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of prohibition to restrain the District Court in and for the County of Lewis and Clark, and R. Lee Word, a judge thereof, from proceeding with the trial of the cause entitled *The State of Montana* v. *W. F. Dunn et al.,* pending in said court.

Decided February 17, 1919.

PER CURIAM.—This cause, coming on for judgment and decision, it is, on consideration, now here ordered and adjudged by this court that the motion to quash interposed by respondents, be and the same is hereby sustained and the proceeding is accordingly dismissed.

*Messrs. Nolan & Donovan* and *Messrs. Wheeler & Baldwin,* for Relators.

*Mr. Lester Dodle,* County Attorney of Lewis & Clark County, and *Mr. Jos. R. Wine, Jr.,* Assistant County Attorney, for Respondents.